**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LUKAS GOODYEAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>Defendant. | Case No. 1:23-cv-05712-TWT |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Delta Air Lines, Inc., by its attorneys and pursuant to Federal Rules of Civil Procedure 12(b)(6) and 81(c)(2)(C) and Local Rule 7.1, respectfully moves this Court to dismiss Plaintiff's Complaint and all claims asserted against Defendant therein. As grounds for this motion, Defendant relies upon the accompanying memorandum of law.

WHEREFORE, Defendant prays that their motion be granted; that the claims asserted against Defendant in Plaintiff's Complaint be dismissed; and that the Court grant any other relief it deems appropriate.

DATED: March 4, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Seth J. Fortin*

Brett C. Bartlett
Georgia Bar No. 040510
bbartlett@seyfarth.com
Lennon B. Haas
Georgia Bar No. 158533
lhaas@seyfarth.com
Seth J. Fortin
Georgia Bar No. 759830
sfortin@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

*Attorneys for Defendant*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

Pursuant to L.R. 7.1D, N.D.Ga., counsel for Delta Air Lines, Inc. certifies that the above motion has been prepared in Times New Roman 14 point, one of the fonts approved in L.R. 5.1C, N.D.Ga.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LUKAS GOODYEAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>Defendant. | Case No. 1:23-cv-05712-TWT |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I electronically filed DEFENDANT'S MOTON TO DISMISS PLAINTIFF'S COMPLAINT with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

*/s/ Seth J. Fortin*
Seth J. Fortin
Georgia Bar No. 759830